**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL TODD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 10 cv 1172 |
| | ) | |
| HBW LEADS, LLC, ALLSTATE INSURANCE COMPANY, JOHN HALLBERG, | ) ) | Honorable Amy J. St. Eve |
| | ) | Mag. Judge Susan E. Cox |
| Defendants. | ) | |

**MOTION FOR AN EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

Defendant HBW Leads, LLC ("HBW"), by and through its attorneys, Litchfield Cavo LLP, moves this Honorable Court for an extension of time to answer or otherwise plead and in support thereof, respectfully states as follows:

1.  Plaintiff Michael Todd ("Todd") is an individual consumer and resident of Cook County, Illinois.

2.  Defendant HBW is a limited liability company and having its principal place of business in Oregon.

3.  On January 11, 2010, Todd filed a Complaint in the Circuit Court of Cook County, Illinois (Case No. 10 M5 00080). On February 1, 2010, HBW was served with the Summons and Complaint in the State Court Case no. 10 M5 00080. Defendant has not yet responded to the Complaint nor have any rulings been made on this case.

4.  Defendant removed this lawsuit to this Court on February 22, 2010.

5. Defendant requests 30 days, or until March 25, 2010, to Answer or otherwise plead, so that HBW counsel can fully review the case prior to responding or otherwise pleading to Todd's Complaint.

**WHEREFORE**, Defendant HBW Leads LLC hereby moves this Honorable Court for an extension of time to answer or otherwise plead until March 25, 2010.

Dated: February 23, 2010	By:	/s/ Stephanie W. Tipton
                                                                                         An Attorney for Defendant

Stephanie W. Tipton (06270738)
LITCHFIELD CAVO, LLP
303 West Madison Street, Suite 300
Chicago, IL 60606
312-781-6636 (Tipton)
312-781-6630 (fax)