FILED
MAR 15 2010
3-15-2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL TODD )<br>    Plaintiff )<br>)<br>v. )<br>)<br>HBW LEADS, LLC, ALLSTATE INSURANCE )<br>COMPANY, JOHN HALLBERG )<br>    Defendants ) | Case No. 10-CV-1172<br><br>Honorable Amy J. St. Eve<br><br>Mag. Judge Susan E. Cox |

## MOTION FOR LEAVE TO AMEND COMPLAINT

COMES NOW the Plaintiff, Michael Todd, *pro se* and for his Motion for Leave to Amend Complaint, states as follows:

1. On January 14, 2010 Plaintiff filed his Complaint in the Fifth Municipal District of the Circuit Court of Illinois.

2. Defendant, HBW LEADS, removed this lawsuit on February 22, 2010.

3. HBW LEADS and ALLSTATE have each been granted an extension of time to file their answer or otherwise plead.

4. No answer has been filed by any defendant to date.

5. Plaintiff requests leave to file an Amended Complaint to include additional claims against Defendants.

WHEREFORE, Plaintiff moves this Honorable Court for leave to file an Amended Complaint.

Respectfully submitted: _____
Michael Todd, Plaintiff
9134 Del Prado Dr., Unit 2N
Palos Hills, IL 60465
Ph. 708-576-8156